# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00486-CV

## In re Reagan Burrus PLLC and David Lamon

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We also lift our stay of the trial court's September 1, 2021 discovery order.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Smith

Filed: November 3, 2021